UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMES WASHINGTON.

VERSUS

DEPARTMENT OF PUBLIC SAFETY
AND CORRECTIONS

CIVIL ACTION

25-55-SDD-SDJ

### RULING

The Court has carefully considered the *Motion,*[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson dated May 19, 2025, to which no objection was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Remand[3] is DENIED.

Signed in Baton Rouge, Louisiana the 24 day of June, 2025.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 5.
[2] Rec. Doc. 37.
[3] Rec. Doc. 5.